IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20215-CR-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

RENATO RODRIGUEZ,

    Defendant.
_____/

## RENATO RODRIGUEZ'S SENTENCING MEMORANDUM AND MOTION IN SUPPORT OF DOWNWARD VARIANCE

The Defendant, Mr. Renato Rodriguez, by and through counsel, files the following Memorandum and Motion in Support of Downward Variance. As the Court is well aware, the sentencing guidelines are but one factor, among several, courts must consider in determining an appropriate sentence. *Kimbrough v. United States*, 128 S.Ct. 558, 564 (2007); *see also Gall v. United States*, 128 S. Ct. 586, 602 (2007).

The Eleventh Circuit in *United States v. Pugh*, set forth the guidelines which a district court should follow when sentencing a defendant. 515 F.3d 1179 (11th Cir. 2008). "The district judge must make an individualized assessment based on the facts presented. If he decides that an outside-Guidelines sentence is warranted, he must consider the extent of the deviation and *ensure that the justification is sufficiently compelling to support the degree of the variance.* We find it uncontroversial that *a major departure should be supported by a more significant justification than a minor one.* (emphasis added). *Id* at 1190 (citing *Gall*, 128 S. Ct. at 957). Courts, once again, have increased discretion in sentencing defendants.

In the instant case, the parties agree that the advisory guideline range is the statutory cap at 120 months. However, there are several factors that warrant a downward variance in Renato's sentence. We are respectfully requesting that a sentence of eight years is warranted after considering the applicable statutory factors.

**History and Personal Characteristics of Renato Rodriguez**

Renato Rodriguez is a 44 year old family man. He grew up in a working-class home in Brooklyn - his father, who passed in 2013, worked in the laundry department of a hospital and his mother was a house-keeper. He and his wife of 20 years, Miriam Alvarez, have three children - twin girls who are 15 years old and their adult step-son from a previous relationship. Renato and Miriam are especially grateful for their twin girls – it was their dream to have children together, but the couple had great difficulty in conceiving. After a miscarriage and two IVF cycles, they were both elated to hear they were finally having twin babies in 2002. Renato also has three siblings, who all reside in Florida – Juan (52) is the manager of a meat department, Hector (49) owns and operates a pizza restaurant at which Renato currently works, and Bilbina (47) is a homemaker. This arrest is Renato's first contact with the criminal justice system and has taken this close-knit family by surprise.

Renato relocated from Brooklyn to Miami before graduating high-school; however, he received his GED diploma after arriving in Miami. Renato would go on to be employed as a branch manager at Wells Fargo (which later became HSBC), which is where he met co-defendants Barrage and Granda. Renato worked at HSBC for about five and a half years before being offered a job at NTR by Barrage.

Renato has always made it a point to teach his daughters the importance of volunteering and giving back to others, especially the less fortunate and less capable. To that end, since the

twins were 7 or 8 years of age, Renato would make it a point to have family volunteer outings, whenever the opportunity presented itself. One of the families' favorite volunteer activities was to join in on any beach, park or school clean-up. Renato has taken the family to clean up Key Biscayne, Everglades National Park, and even helped clean up and clear out debris from the twins' school after hurricane Irma. Renato and his family also spend a significant amount of time volunteering at various group housing facilities, especially around the holidays. Renato, along with his family, have visited Christian Homes for Children and elderly group homes to help host BBQs, game nights, or provide other forms of hosting entertainment. Renato tries to instill in his children the importance of giving back to the community and helping the less fortunate. Renato now works over 70 hours a week at his brother's pizza restaurant, so volunteering with his daughters has become more difficult. However, he consistently encourages the twins to participate in such community service.

The letters submitted in support of Renato demonstrate not only that Renato is a caring family man, but also demonstrate that he has always been a hard and dedicated worker and a loyal friend. Here are a few examples of what others have to say about him:

- "Renato and his wife were very involved with their children in our school. The family has always been willing to help where needed." – Father Jesus Arias, pastor Shepherd Catholic Church.

- "They [Rodriguez'] are a lovely family.  They attend church together and do a lot for their community.  I know Renato is a hard worker and a very loving father.  He adores his girls and his wife." – Linda Serrano, family friend.

- "Renato has a few tattoos on his arms, they aren't dragons or pinups. He has his daughter's footprints, the postmark from the same letter that his father mailed his mother from Brooklyn to Ecuador asking her to marry him and his dad's signature. In many ways this tells you more about this man that anything I can write on this piece of paper." - Eduardo Marques, friend.

- "I recall a time during the Christmas holiday rush, [Renato] found a wallet on the ground with over nine hundred dollars in it.  Renato, the good natured and honest man that he is

checks the wallet he found and tells the lady..this belongs to you. Renato's good nature doesn't stop there. He's helped many of his friends and family." – Rafael Rius, friend.

- "I've known Renato since approximately 2001. We met each other through work and through the years have become personal friends. I have always known Renato to be a good citizen, excellent father, and a great leader. [He is] always willing to help others in need. Renato has always been a giving and caring person looking for ways to help where he can." - David A. Ramirez, former co-worker and friend.

**Nature and Circumstances of the Offense**

Renato left his job at HSBC when Sam Barrage, who was the Vice-President and had a partnership in the business, offered him a job opportunity with NTR Metals. Even though Renato had no experience in the gold buying industry, he was hired by Elemetal to assist in their business of buying gold.

As Renato's factual proffer demonstrates, he was willfully blind to the actions of others, thereby assisting in the conspiracy. Renato is the least culpable of the defendants in this Indictment. While many people benefited financially from this billion dollar fraud, Renato received a yearly salary of $105,000, with additional bonuses per year based off of his commission. The most Renato ever earned at NTR was $178,845 in 2016. His total salary during the period of the conspiracy was $643,281.81.

**Disparity Amongst Similarly Situated Defendants**

As previously mentioned, Renato is less culpable than co-defendants Barrage and Granda. Both Granda and Barrage received reductions for their cooperation against Renato. The government recommended a reduced sentence to 84 months (7 years) for Granda and 90 months (7 ½ years) for Barrage. This Court, on January 19, 2018 sentenced Granda to 72 months (6 years) imprisonment and 78 months (6 ½ years) imprisonment as to Barrage. A downward variance to 96 months would avoid any unwarranted disparities between Renato and the co-defendants.

**Cooperation and Payment of Restitution**

Renato is extremely remorseful for his participation and has agreed to cooperate fully. He has agreed to voluntarily forfeit the entire contents of his 401K account with NTR which is approximately $13,000. He is also forfeiting a $108,092.87 pension plan with HSBC. While his pension with HSBC was not subject to forfeiture, Renato voluntarily offered to forfeit his pension to the government. After HSBC removed taxes, the final amount being turned over to the Department of Homeland Security is $86,474.30. The only other asset that the Rodriguez' own is their home that they purchased almost 20 years ago that has equity of approximately $146,000. Renato has never lived an extravagant lifestyle. The family owns one vehicle and, with the exception of their mortgage, they have almost no debt. Renato has given the government almost everything that he owns.

WHEREFORE, Renato Rodriguez prays that this Court will grant this request for a downward variance from the advisory guideline and sentence Renato Rodriguez to eight years (96 months) imprisonment.

Respectfully submitted,

/s/ Sabrina Puglisi
Sabrina Puglisi
Fla. Bar No. 0324360

The Law Offices of Sabrina Puglisi, P.A.
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
Tel: (305) 403-8063
Fax: (305) 379-6668
Email: sabrina@puglisilawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2018, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing the United States Attorney's Office, Southern District of Florida.

/s/ Sabrina Puglisi
Sabrina Puglisi, Esq.